IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RAY A. PETERSON,

    Plaintiff,

v.

DANE COUNTY CIRCUIT COURT
JUDGE PETER ANDERSON,

    Defendant.

JUDGMENT IN A CIVIL CASE

12-cv-151-slc

---

    This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Dane County Circuit Court Judge Peter Anderson granting his motion to dismiss this case.

_Peter Oppeneer_   7/11/12
Peter Oppeneer, Clerk of Court   Date